UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

*Motion GRANTED for extension to 12/5/14.*

/s/ Aleta A. Trauger

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:14-00160 |
| | ) | Judge Trauger |
| | ) | |
| RUSH LEE COLVIN | ) | |

## MOTION TO EXTEND DEADLINE TO FILE PRETRIAL MOTIONS

Rush Lee Colvin, through his undersigned counsel, respectfully requests a twenty-one (21) day extension of time in which to file pretrial motions. The trial date is scheduled for December 23, 2014.

Additionally, undersigned counsel has not had an opportunity to review and discuss the case with Mr. Colvin, as undersigned counsel has been on medical leave since October 27, 2014. Additional time is needed to complete the investigation of this matter and to thoroughly evaluate this case.

Accordingly, for the above stated reasons, it is respectfully requested that the Court grant Mr. Colvin a twenty-one (21) day extension of time, in which to file his pretrial motions, making the new deadline for filing pretrial motions December 5, 2014.